Nathan A. Searles (SBN 234315)
NASearles@portfoliorecovery.com
PRA Group
130 Corporate Boulevard
Norfolk, VA  23502
(757) 519-9300, Ext 13206
(757) 321-2518 (fax)

Attorney for Defendant
Portfolio Recovery Associates, LLC

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROLAND KUEHLING,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Case No. 1:17-CV-01225-AWI-BAM<br><br>**ORDER GRANTING MOTION FOR PRA REPRESENTATIVE TO APPEAR VIA TELEPHONE AT SETTLEMENT CONFERENCE** |

1    THIS DAY CAME to be heard on Defendant Portfolio Recovery Associates,

2 LLC's ("PRA") Motion to allow its corporate representative to appear at the

3 settlement conference via telephone.  Counsel for defendant shall personally appear

4 at the settlement conference.

5    There being no objection from Plaintiff and for other good cause, the motion

6 is GRANTED.

7

8 IT IS SO ORDERED.

9 Dated:    **January 9, 2018**

                                                                UNITED STATES MAGISTRATE JUDGE