# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND KUEHLING,<br><br>        Plaintiff,<br><br>   v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No. 1:17-cv-01225-AWI-BAM<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE TO JANUARY 17, 2018, AT 12:30 P.M. |

On December 5, 2017, this case was set for a settlement conference before the undersigned on January 17, 2018, at 11:00 a.m. in Courtroom 9 at the U.S. District Court, 2500 Tulare Street, Fresno, California, 93721. Due to a conflict on the Court's calendar, the settlement conference in this case will be continued to **January 17, 2018, at <u>12:30 p.m</u>.** The settlement conference will still occur at the U.S. District Court, 2500 Tulare Street, Fresno, California, 93721 in Courtroom 9.

Accordingly, IT IS HEREBY ORDERED that the settlement conference is continued from January 17, 2018, at 11:00 a.m. to **January 17, 2018, at 12:30 p.m.** before the undersigned in Courtroom 9. All other dates and obligations shall remain the same.

IT IS SO ORDERED.

Dated:   **January 11, 2018**             /s/ *[signature]*
                                                                  UNITED STATES MAGISTRATE JUDGE