# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND KUEHLING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　Defendant. | Case No. 1:17-cv-001225-AWI-BAM<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>TEN DAY DEADLINE |

On September 12, 2017, Defendant Portfolio Recovery Associates, LLC removed this action from state court to the Eastern District of California. (ECF No. 1.) On January 17, 2018, the Court conducted a settlement conference during which the parties agreed to settle this action. (ECF No. 17.) On January 18, 2017, an order issued requiring the parties to file dispositional documents within thirty days. (ECF No. 18.) More than thirty days have passed and the parties have not filed dispositional documents or otherwise responded to the January 18, 2017 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

2000).

Accordingly, the Court HEREBY ORDERS the parties to SHOW CAUSE in writing within **ten (10) days** of the date of entry of this order why dispositive documents have not yet been filed.  **The parties are forewarned that the failure to show cause may result in the imposition of sanctions, including the recommendation that this action be dismissed for failure to comply with the court order.**

IT IS SO ORDERED.

Dated:   **April 3, 2018**   _____
UNITED STATES MAGISTRATE JUDGE