Nathan A. Searles (SBN 234315)
NASearles@portfoliorecovery.com
PRA Group
130 Corporate Boulevard
Norfolk, VA  23502
(757) 519-9300, Ext 13206
(757) 321-2518 (fax)

Attorney for Defendant
Portfolio Recovery Associates, LLC

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND KUEHLING, | Case No. 1:17-CV-01225-AWI-BAM |
| Plaintiff, | |
| v. | **JOINT MOTION FOR DISMISSAL** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

**THIS DAY CAME** Defendant Portfolio Recovery Associates, LLC ("PRA") and Plaintiff Roland Kuehling, and hereby jointly stipulate to the dismissals of all claims in this action against PRA with prejudice with each party to bear its own costs and attorney's fees.

Dated:  April 5, 2018          ROLAND KUEHLING

*/s/ Roland Kuehling*
R2615 N. Bradley Street
Visalia, CA 93292

Dated:  April 5, 2018          PORTFOLIO RECOVERY ASSOCIATES, LLC

*/s/ Nathan A. Searles*

Nathan A. Searles (SBN 234315)
PRA Group
130 Corporate Boulevard
Norfolk, VA  23502
(757) 519-9300, Ext 13206
(757) 321-2518 (fax)
Nathan.Searles@PRAGroup.com

Attorney for Defendant
Portfolio Recovery Associates, LLC