# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND KUEHLING,<br><br>        Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No. 1:17-cv-01225-AWI-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO CLOSE CASE<br><br>(ECF Nos. 16, 17) |

A settlement conference was conducted on January 17, 2018 during which the parties agreed to settle this action. The parties were ordered to file dispositional documents within thirty days. The parties failed to file dispositional documents in compliance with the January 17, 2018 order. On April 3, 3018, an order issued requiring the parties to show cause why sanctions should not issue for the failure to comply with the January 17, 2018 order. On April 5, 2018, the parties filed a stipulation to dismiss this action with prejudice with each party to bear its own costs and attorney fees.

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the April 3, 2018 order to show cause is HEREBY DISCHARGED and the

Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **April 16, 2018**

UNITED STATES MAGISTRATE JUDGE